# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN CARUSO,<br><br>    Plaintiff,<br><br>v.<br><br>BOULDER CITY, *et al.*,<br><br>    Defendants. | Case No. 2:10-cv-01333-LDG (GWF)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Plaintiff Justin Caruso's Motion for Partial Summary Judgment as to Liability (#20) is DENIED without prejudice as premature.

DATED this _29_ day of August, 2011.

_____
Lloyd D. George
United States District Judge