**Marquis Aurbach Coffing**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 856-8970
canderson@maclaw.com
  Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN CARUSO,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BOULDER CITY, a political subdivision of the STATE OF NEVADA; Police Officer DAVE OLSON, #300, individually and in their capacity as police officers employed by Boulder City Police Department; POLICE OFFICER JOHN DOES I-XX and JOHN DOES I-XX, inclusive,<br><br>                    Defendants. | Case No:     2:10-cv-1333- LDG (GWF) |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the above-named parties, Defendants Ofc. Dave Olson and Boulder City, by and through their counsel of record, Craig R. Anderson, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiff Justin Caruso, by and through his counsel of record, Cal J. Potter, III Esq., of Potter Law Offices, that the above-referenced matter be dismissed with prejudice as to all parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

M&A:11779-012 1424465_1.DOC 8/22/2011 2:38 PM

1  Each party shall bear their own costs and attorney fees.

2  IT IS SO STIPULATED this 23 day of August, 2011.

3  MARQUIS AURBACH COFFING                POTTER LAW OFFICES

4

5  By: _____            By: _____
       Craig R. Anderson, Esq.                  Cal J Potter, III Esq.
6      Nevada Bar No. 6882                      Nevada Bar No. 1988
       10001 Park Run Drive                     1125 Shadow Lane
7      Las Vegas, Nevada 89145                  Las Vegas, Nevada 89102
       Attorney for Defendants                  Attorney for Plaintiff

8

9                                **ORDER**

10  IT IS HEREBY ORDERED that Case No. 2:10-cv-1333-LDG (GWF), be dismissed with

11  prejudice as to all parties.

12  DATED this 29 day of August, 2011.

13                                              _____
                                                United States District Court
14

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:11779-012 1424465_1.DOC 8/22/2011 2:38 PM